ACCEPTED
01-15-00132-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 12:17:16 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00132-CR

| | | |
|---|---|---|
| **RICHARD CHARLES OWINGS, JR.** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE FIRST DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 12:17:16 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW Richard Charles Owings, Jr., Appellant, by and though his undersigned attorney of record, and files this Motion to Extend Time to File Appellant's brief herein, and as sufficient cause therefore shows the following facts within the personal knowledge of Appellant's attorney:

I.

Appellant was indicted for the offense of Aggravated Sexual Assault of a Child. Appellant pled not guilty. The trial jury found Appellant guilty and sentenced him to 30 years in prison. Appellant filed timely notice of appeal.

II.

On June 10, 2015, Appellant's attorney received notice from this Honorable Court of Appeals that Appellant's motion to extend time to file Appellant's brief had been granted, and Appellant's brief was due for filing on July 10, 2015.

1

III.

Appellant's attorney hereby requests that the due date for Appellant's brief be extended by a period of 30 days until August 10, 2015 (allowing for a weekend). This is Appellant's third request for an extension in this matter.

IV.

The facts relied upon to reasonably explain the need for the requested extension are as follows:

Appellant's attorney is a solo practitioner who had a full schedule of daily court appearances on numerous pending felony cases since June 15, 2015. In addition, during this same time period Appellant's attorney was involved in pre-trial preparations in five pending felony trial cases. Further, during this same time period Appellant's attorney was involved in reviewing records and researching points of error in nine other pending direct appeals. And finally, during this same time period Appellant's attorney was out of town on a previously scheduled family vacation for a period of two weeks.

Given the foregoing facts, Appellant's attorney did not have adequate time available to properly review the appellate record, fully research potential points of error, and draft and file an appropriate appellate brief on Appellant's behalf by the current due date of July 10, 2015.

WHEREFORE, ALL PREMISES CONSIDERED, Appellant prays that this Honorable Court of Appeals will grant this motion and extend the time to file Appellant's brief for a period of 30 days to August 10, 2015.

Respectfully Submitted,

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas  77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF SERVICE

I certify that I served the foregoing motion on the District Attorney of Harris County, Texas, by sending a copy to Mr. Alan Curry, Chief of the Appellate Division, Harris County District Attorney's Office, via electronic service to **curry_alan@dao.hctx.net** on July 10, 2015.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)

## CERTIFICATE OF COMPLIANCE

Pursuant to the provisions of Rule 9(i)(3) of the Texas Rules of Appellate Procedure I certify that this document contains **542** words.

*/s/ Randall J. Ayers*

_____
Randall J. Ayers
Attorney for Appellant
State Bar #01465950
P.O. Box 1569
Houston, Texas 77251-1569
rjayerslaw@comcast.net (e-mail)
281-493-6333 (office)
281-493-9609 (fax)